IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MAXIMIZED LIVING, INC., <br>     Plaintiff, <br>    v. <br> GOOGLE, INC., <br>     Defendant.                / | No. C 11-80061 CRB <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING FEES** |

The Court has carefully reviewed Magistrate Judge Laporte's Report and Recommendation to Deny Application for Award of Fees (dkt. 49) as well as the Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (dkt. 52), in which non-party John Doe objects to Judge Laporte's Report and Recommendation. The Court finds Judge Laporte's Report to be correct, well-reasoned, and thorough; Applicant Maximized Living, Inc.'s position was not sufficiently frivolous or unreasonable to warrant an award of fees. Accordingly, the Court ADOPTS Judge Laporte's Report in every respect. The Application

//
//
//
//

1 | for Award of Fees is DENIED.[1]
2 | **IT IS SO ORDERED.**
4 | Dated: April 25, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] The Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge is therefore also DENIED.

G:\CRBALL\2011\80061\order adopting.wpd     2